# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MILO JEFFREY MONROE | ) | Case No. 21-mj-2003 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 11, 2020 to August 26, 2021  in the county of  Davidson  in the  Middle  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 871 | Threats Against President and Successors to the Presidency |
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure; and |
| 18 U.S.C. § 879 | Threats Against Former Presidents and Other Secret Service Protectees |

This criminal complaint is based on these facts:

See Attached statement in support of complaint

☒ Continued on the attached sheet.

/s/ John Jarrard
*Complainant's signature*

USSS SSA John Jarrard
*Printed name and title*

Sworn to me remotely by telephone, in compliance with Fed. R. Crim. P. 4.1.

Date: September 1, 2021

*Judge's signature*

City and state: Nashville, Tennessee

Magistrate Judge Jeffery S. Frensley
*Printed name and title*

## STATEMENT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John Jarrard, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Senior Special Agent with the United States Secret Service ("Secret Service"), and have been since November 2001. As part of my official duties, I have received training in the investigation of threats made against Secret Service protectees to include the President of the United States, former Presidents of the United States and those in the line of succession to the office of President of the United States.

2. I am familiar with this investigation and make this affidavit, in part, based upon my training and experience, my personal knowledge, and based upon information learned from other law enforcement officers or witnesses. Except where indicated, all statements referenced herein are set forth in substance and in part, rather than verbatim.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Instead, this statement provides information necessary to establish probable cause to arrest the defendant, Milo Jeffrey MONROE, for violations of 18 U.S.C. § 871 (Threats Against President and Successors to the Presidency), 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Injure), and 18 U.S.C. § 879 (Threats Against Former Presidents and Other Secret Service Protectees).

## PROBABLE CAUSE STATEMENT

I. **Background and Applicable Law**

4. The United States Government and the Secret Service is investigating a series of threatening emails and online posts that were sent or posted by MONROE between June 19, 2019, and August 26, 2021. These emails and posts contained threats to kill President Joseph Biden,

1

former President Donald Trump, Speaker of the House Nancy Pelosi, other current government officials, former government officials, and private citizens, and threats to blow up the White House. Based upon the facts set forth in this affidavit, there is probable cause to believe MONROE has committed three separate violations of federal law.

5. First, this complaint alleges that probable cause exists to arrest MONROE for a violation of 18 U.S.C. § 871. To establish a violation of 18 U.S.C. § 871, the Government must prove (1) that the defendant knowingly and willfully made a true threat or mailed a letter, paper, writing, print, missive, or document containing a true threat to take the life of, to kidnap, or to inflict bodily harm upon a victim; (2) that the victim was the President of the United States, the President-elect, the Vice President or other officer next in the order of succession to the office of President of the United States, or the Vice President-elect.

6. Second, this complaint alleges that probable cause exists to arrest MONROE for a violation of 18 U.S.C. § 875(c). To establish a violation of 18 U.S.C. § 875(c) the Government must prove (1) that the defendant knowingly sent a message in interstate or foreign commerce, which includes, but is not limited to by using the Internet or the mail system; and (2) the message contained a true threat to kidnap or to injure a person.

7. And third, this complaint alleges that probable cause exists to arrest MONROE for a violation of 18 U.S.C. § 817. To establish a violation of 18 U.S.C. § 879 the Government must prove (1) that the defendant knowingly and willfully threatened to kill, kidnap, or inflict bodily harm upon a person; and (2) the target was a person listed in 18 U.S.C. § 879.[1]

---

[1] 18 U.S.C. § 879 outlines that the following individuals are protected under this statute: (1) a former President or a member of the immediate family of a former President; (2) a member of the immediate family of the President, the President-elect, the Vice President, or the Vice President-elect; (3) a major candidate for the office of President or Vice President, or a member of the immediate family of such candidate; and (4) other distinguished visitors to the United States.

## II. Investigation

8. On June 19, 2019, the Washington Post reported to the Secret Service that MONROE sent several emails to media outlets and the Department of Justice ("DOJ") regarding former Federal Bureau of Investigation ("FBI") Director (then DOJ Special Counsel) Robert Mueller's investigation into Russian involvement in the 2016 election. He expressed that he was somehow involved in the investigation and believed that United States Attorney General William Barr was trying to have him killed. He stated he wanted to "kill at least one" to give then President Donald Trump and Attorney General William Barr's "story" less credibility. MONROE also alleged former Central Intelligence Agency ("CIA") Director John Brennan threatened to shoot him and told him about a murder before it took place. He made further reference to purchasing ammunition for his firearms and claimed he had to protect himself since the DOJ ignored him.

9. In 2019, MONROE advised the Secret Service that he sent the emails to convince people he was telling the truth about government conspiracy theories and God's impending judgement on the United States. MONROE believed he was the victim and witness of a government conspiracy involving Russian interference in the 2016 election. He claimed Ku Klux Klan ("KKK") members, Russian intelligence officers, Attorney General Barr, Special Counsel Mueller, Director Brennan, former White House Chief of Staff John Kelly and Presidential Advisor Steve Bannon had visited his residence over the last three years and threatened his physical safety. MONROE adamantly denied he would harm government officials but stated he would defend himself if he felt threatened. A consent search of his residence in Perry County, Tennessee, by Secret Service Special Agents revealed a handgun, a shotgun, and a rifle, in his bedroom. The Perry County Sheriff's Office reported that they have had extensive contact with

MONROE since 2012. The Chief Deputy Sheriff described MONROE as nonviolent and a government conspiracy theorist who believed the KKK was targeting him.

10. On May 11, 2020, the Secret Service Memphis Field Office ("USSS/MEM") was contacted by the Secret Service Nashville Field Office ("USSS/NSH") regarding an email forwarded by the FBI detailing a veiled threat directed towards President Trump by MONROE. In the message, sent in April 2020, MONROE reiterated that he had the right to defend himself and would not be safe until President Trump was dead. He indicated he had numerous weapons to defend himself. He also stated that he believed President Trump asked the Russians to attack a disabled American veteran and they did so by poisoning him. He further stated there were extensive records regarding this at the DOJ and that the FBI, CIA, National Security Agency ("NSA") and the Drug Enforcement Administration ("DEA") were all a part of covering this up. He also stated that then Secretary of State Michael Pompeo told him his situation was not survivable and Attorney General Barr told him none of this would ever "see the light of day."

11. On June 12, 2020, MONROE was interviewed by USSS/MEM Special Agents at his residence in Perry County. He claimed the Secret Service had not helped him with his problems with President Trump. MONROE subsequently became hostile and irate and yelled, "[a]re you fucking here to arrest me, if not get the fuck off my property."

12. During this visit, MONROE's neighbor told USSS/MEM Special Agents that he had witnessed MONROE's rapid mental decline in the preceding year. He claimed MONROE had long suffered from mental health issues; however, he had recently observed him becoming more delusional regarding politics and the government. He also stated MONROE always had a handgun on his person and would display it to any unfamiliar guest who visited his property.

13. MONROE's mother was also interviewed at this time and she stated her son began showing signs of mental illness following his discharge from the United States Navy in 1984; however, he has never been officially diagnosed. She added that MONROE did not believe that he suffered from mental illness. His mother reported MONROE blamed the United States government and the Navy for giving him medication that caused sleep deprivation. She further stated he also believed politicians visited his residence. MONROE's mother confirmed her son carried a firearm with him, but stated she did not fear him. She also indicated that an attempt to have MONROE committed for mental health treatment was unsuccessful.

14. On August 12, 2020, MONROE sent an email to the Defense Intelligence Agency (the "DIA") that stated, "Hello: I am a victim of Donald Trump, The United States Department of Justice, and Russia. I am a Disabled American Veteran and I have been abandoned by the United States and left to die. I sit by my window with my loaded guns waiting to die. I have knowledge of Russian activities, American activities and the origins of the virus as well as the Mueller Investigation. Donald Trump asked the Russians to attack a Disabled America Veteran. And they did. On American soil. I was poisoned by the Russians in 2010 at the request of Donald Trump." When interviewed following this email, MONROE's mother stated her son had never carried out a threat and stated she did not fear for her safety when she was in his presence. She stated, "Milo follows the good book and honors his mother and father."

15. On August 26, 2020, the United States Department of State forwarded an email from MONROE that was almost verbatim as the message received by the DIA on August 12, 2020.

16. On July 14, 2021, MONROE posted on Whitehouse.gov a threat to shoot President Joseph Biden, bomb the White House, and kill Speaker of the House Nancy Pelosi, Representative Adam Schiff, and Mr. Mueller.

5

Case 3:21-cr-00215    Document 1    Filed 09/01/21    Page 6 of 10 PageID #: 6

17. On July 23, 2021, MONROE posted on Whitehouse.gov threatening and nonsensical comments directed toward President Biden. In this message, MONROE stated in part, "I have loaded guns" and "I am going to kill!" During this time, attempts to locate and interview MONROE were difficult. When the Secret Service eventually contacted MONROE, he refused to speak with Secret Service Special Agents and threatened violence if attempts to interview him continued.

18. On August 24, 2021, the United States Capitol Police ("USCP"), Threat Assessment Section ("TAS") was notified by staff of United States Senator Marsha Blackburn about a series of concerning emails referencing former President Trump and numerous others. Blackburn's staff reported the first email was received on August 15, 2021, at 7:49 a.m. EST from the email address of mjmonroe1962@gmail.com and the following identifying information: IP Address: 97.34.70.198; Name: Mr. Milo Monroe; Address: XXX[2] Highway 100 West; City: Centerville; State: TN; Zip code: 37033.

19. The contents of said email are as follows:

> HTML From: "U.S. Senator Marsha Blackburn"
> Date: 8/15/2021 7:49:05 AM
> To: "webmail@blackburn-iq.senate.gov"
> Cc: Subject: Killing People
> 97.34.70.198
> SCCMAIL
> Mr. Milo Monroe
> XXX Highway 100 West
> Centerville
> TN
> 37033
> mjmonroe1962@gmail.com
> 9312197443
> 9312197443
> Killing People

---

[2] XXX is being used to protect personal identifying information set forth herein.

> I have loaded guns and I am going to kill people. My name is Milo Jeffrey Monroe [XXX-XX]-1942 and I live at [XXX] Highway 100, West ,,Centerville , Tennessee 37033 Donald Trump asked the Russians to attack a Disabled American Veteran. And they did! On American soil! I was poisoned in 2010 by the Russians and it was Robert Mueller III who came to my hospital bed at the VA in Nashville. He said "I wish you would die" I identified Alexander Mishkin from photos that Mueller showed to me. This mother fucking virus was tested on me before they took it back to China and released it. Mike Pompeo murdered 260 innocent people in Tehrane and he told me that if I talked about it his frind in the CIA would make my death look like an accident. And you mother fucking people attack the victim and drive me from the home that I built...

20. Senator Blackburn's staff also reported an additional email on August 20, 2021, at 2:40 p.m. EST from the same email address and self-identifying information and the following IP address: 97.46.197.125. The contents of said email are as follows:

> HTML From: "U.S. Senator Marsha Blackburn"
>
> Date: 8/20/2021 2:40:27 PM
> To: webmail@blackburn-iq.senate.gov
> Cc: Subject: I AM GOING TO START KILLING PEOPLE
> 97.46.197.125
> SCCMAIL
> Mr. Milo Monroe
> [XXX] Highway 100 West
> Centerville
> TN
> 37033
> mjmonroe1962@gmail.com
> 9312197443
> 9312197443
> I AM GOING TO START KILLING PEOPLE
> My name is Milo Jeffrey Monroe [XXX-XX]-1942 and I live at [XXX] Highway 100, West ,,Centerville , Tennessee 37033 Donald Trump asked the Russians to attack a Disabled American Veteran. And they did! On American soil! I was poisoned in 2010 by the Russians and it was Robert Mueller III who came to my hospital bed at the VA in Nashville. He said "I wish you would die" I identified Alexander Mishkin from photos that Mueller showed to me. This mother fucking virus was tested on me before they took it back to China and released it. Mike Pompeo murdered 260 innocent people in Tehrane and he told me that if I talked about it his friend in the CIA would make my death look like an accident. And you mother fucking people attack the victim and drive me from the home that I built... List of people to kill : 1) Brad Pascal 2) Jarod Kushner 3) Donald Trump Jr 4) Steve Bannon 5) Roger Stone 6) Paul Manafort 7) Rebekah Mercer 8) Nurse Maid

(Helper) Lobelville to Royal Family - Rose Leslie 9) Rose Lesie's sister 10) Prince William 11) Donald Trump 12) Jimbo Capps 13) Tommy Graham 14) Jay Harrington 15) Earl Daniels 16) Donald Forrester 17) Ho Daniels 18) Randall Ward 19) Simmons 20) Johnny Davis 21) MacKenzie Scott
Regards,
David Dudik Deputy Chief of Staff david_dudik@blackburn.senate.gov

21. On August 26, 2021, the White House forwarded the below listed comment, which was posted to Whitehouse.gov earlier that day:

Mr.
FIRST: Milo
MIDDLE: Jeffrey
LAST: Monroe
ADDRESS: XXX Highway 100 West
CITY: Centerville
STATE: Tennessee
ZIP: 37033
COUNTRY: USA
EMAIL: mjmonroe1962@gmail.com
PHONE: 9312197443
IP Address: 2600:1004:b161:e64:c122:1741:b638:a166
SUBJECT: Contact the President

Mr President : I HAVE GUNS MOTHER FUCKER! AND I AM GOING TO KILL!
Your fucking thugs have been attacking and threatening me for years and years. I am sick of this mountain of fucking bullshit! No rational intelligent conversations and no face to face meetings with your cocksuckers from the DOJ and Secret Service.

IF DEAD BODIES IS WHAT YOU WANT MOTHER FUCKER THAT IS WHAT YOU ARE GOING TO GET!

I HAVE BEEN DRIVEN FROM THE HOME THAT I BUILT MYSELF BY MYSELF!
NAZI MOTHER FUCKERS CREATE PEOPLE LIKE ME!
How many people have already died as a result of this fucking shit!?
Milo Jeffrey Monroe [XXX-XX]-1942 and I live at [XXX] Highway 100 West , Centerville , Tennessee 37033

22. Based on the foregoing facts, I submit that there is probable cause to believe that Milo Jeffrey MONROE has committed the offenses of 18 U.S.C. § 871 (Threats Against President

8

and Successors to the Presidency), 18 U.S.C. § 875(c) (Interstate Communications with a Threat to Injure), and 18 U.S.C. § 879 (Threats Against Former Presidents and Other Secret Service Protectees).