UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00215 |
| | ) | |
| | ) | JUDGE RICHARDSON |
| MILO JEFFREY MONROE | ) | |

**SENTENCING MEMORANDUM ON BEHALF OF THE UNITED STATES**

Comes Now the United States of America, by and through the undersigned Assistant United States Attorney, Joshua A. Kurtzman, and submits this sentencing memorandum in this matter on behalf of the United States. As an initial matter, the United States submits that the Guideline range is accurate given the charged conduct and the Defendant's criminal history, and that the sentence envisioned in the parties' plea agreement, which requests a within guidelines sentence, is appropriate based on the factors outlined in the Defendant's sentencing position. Accordingly, the United States joins the Defendant's Sentencing Memorandum, filed at Docket Entry 62, as it pertains to the appropriateness of the sentence but not the factual recitation, and asks that the Court to sentence the Defendant in accordance with the parties' agreement.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:   /s/ *Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant U.S. Attorney
716 Church Street – Suite 3300
Nashville, Tennessee 37203
Phone: (615) 401-6617
joshua.kurtzman@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on August 24, 2023.

      /s/ *Joshua A. Kurtzman*
      JOSHUA A. KURTZMAN